UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEHI COMPUTER PRODUCTS, INC.,

        Plaintiff,        No. 04-CV-72002-DT

vs.        Hon. Gerald E. Rosen

ESTATE OF JEFFREY EARL SEHI,

        Defendant.
_____/

## JUDGMENT

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____

    PRESENT:  Honorable Gerald E. Rosen
                    United States District Judge

    The Court having this date entered an Opinion and Order granting Plaintiff's Motion for Summary Judgment, and being fully advised in the premises,

    NOW, THEREFORE,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that JUDGMENT be and hereby is entered in favor of Plaintiff and against Defendant.

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED  that Defendant shall promptly deliver all shares of stock of Sehi Computer Products, Inc. f/k/a Procomp

Computer Products, Inc., in its possession in exchange for Sehi's payment of the sum of $134,960.00.

s/Gerald E. Rosen  
Gerald E. Rosen  
United States District Judge

Dated: July 15, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 15, 2005, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry  
Case Manager